ST. LOUIS SOUTHWESTERN RY. CO. OF TEXAS v. McKETCHAM et al. (No. 5534.)

(Court of Civil Appeals of Texas. Austin. Dec. 15, 1915. Rehearing Denied Jan. 19, 1916.)

Appeal from McLennan County Court; Geo. N. Denton, Judge.

Action between the St. Louis Southwestern Railway Company of Texas and J. C. McKetcham and others. There was a judgment for the latter, and the former appeals. Affirmed.

E. B. Perkins, of Dallas, and Scott & Ross, of Waco, for appellant.

JENKINS, J. This is a companion case to St. L. S. W. Ry. Co. of Texas v. J. J. Padgett et al., 181 S. W. 718, recently decided by this court; the facts being the same, except as to parties plaintiff. For reasons stated in that opinion, the judgment of the trial court in this cause is affirmed.

Affirmed.